AUSA: Erin Ramamurthy  Telephone: (313) 226-9100
Task Force Officer: Michael Crosby  Telephone: (313) 202-3400

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Vance Jamal Davis

Case: 2:21−mj−30240
Assigned To: Unassigned
Assign. Date : 5/24/2021
USA V SEALED (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 28, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Michael D. Crosby, Task Force Officer (ATF)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 24, 2021

_Judge's signature_

City and state: Detroit, Michigan

Hon. Curtis Ivy, Jr., United States Magistrate Judge
_Printed name and title_

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Task Force Officer Michael D. Crosby, being first duly sworn, hereby depose and state as follows:

### I.     INTRODUCTION

1. I am a Detective with the City of Detroit. I have been with the Detroit Police Department since 1997. I became a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (A.T.F.) in February of 2019. During my career, I have been involved in numerous investigations of firearms and numerous criminal investigations, resulting in prosecutions.

2. The information below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. This I am currently investigating Vance Jamal DAVIS (D.O.B. xx/xx/1992) for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

## II.  PROBABLE CAUSE

4.  On April 28, 2021, at approximately 6:00 p.m., Detroit Police Officers Troy Williams and Treva Eaton were assisting agents from the Michigan Department of Corrections (MDOC) with probation/parole home checks. During the course of traveling to the next location to execute the probation/ parole check, the officers observed a black male wearing a black t-shirt and dark colored jeans, later identified as Vance Jamal DAVIS Jr. (D.O.B. xx/xx/1992), walking northbound on Anvil from Edmore in the street with sidewalks provided, a violation of MCL 257.655.

5.  While approaching DAVIS to investigate him for violations of MCL 257.655, Officer Williams observed DAVIS possessed a firearm within his right-side waistband. In addition, Officer Williams observed an extended magazine attached to the firearm, protruding underneath his t-shirt. The officers exited the vehicle to investigate and upon exiting, DAVIS placed his right hand on the firearm as he attempted to flee. Officer Williams gave several verbal commands for DAVIS to stop, with which he complied.

6. After he complied with the command to stop, DAVIS was detained pending investigation. Officer Williams removed a black semi-automatic Sig Sauer P224 serial number 50A006898 containing (1) magazine with (15) live rounds from DAVIS's right waistband. DAVIS was also carrying a Michigan Identification Card which identified him as Vance Jamal DAVIS Jr. DAVIS advised the officers that he did not possess a valid CPL and was placed under arrest for CCW-person.

7. Post *Miranda*, DAVIS advised Officer Williams that he was a convicted felon and was aware that he is unable to possess firearms because of his felon status. In addition, DAVIS advised Officer Williams that the firearm was his cousin's and he was walking to the store. DAVIS was conveyed to the DDC without incident. Officer Williams placed the firearm on DPD evidence under evidence tag 2104280328.

8. I have reviewed DAVIS's criminal history in the Law Enforcement Information Network. DAVIS has the following convictions, each punishable by more than one year in prison:

- In 2010, DAVIS was convicted of felony home invasion-2nd degree, felony assault/resisting/obstructing police

        officer in the Third Circuit Court of Michigan, Wayne County.

- In 2012, DAVIS was convicted of felony attempt break & entering in the Third Circuit Court of Michigan, Wayne County.

- In 2013, DAVIS was convicted of felony home invasion 2nd degree in the Third Circuit Court of Michigan, Wayne County.

- In 2020, DAVIS was convicted on felony delivery/manufacture of a controlled substance in the 16th Circuit Court of Michigan Macomb County.

9. I contacted A.T.F. Special Agent Michael Jacobs, an expert in the Interstate Nexus of firearms. Based on the description I provided, and without physically examining the firearms, Agent Jacobs stated that the firearm was manufactured outside the State of Michigan and therefore traveled in and affected interstate commerce.

## III. CONCLUSION

10. Probable cause exists that Vance Jamal DAVIS, a convicted felon, was in possession of the above-described firearm, said firearm having traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Michael D. Crosby, Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. CURTIS IVY, JR.
UNITED STATES MAGISTRATE JUDGE

Date:   May 24, 2021